UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX BERMUDEZ and KIMBERLY RICHARDSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>   Defendant. | Case No. 1:21-cv-10988-KPF<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT AND STIPULATED BRIEFING SCHEDULE** |

**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT AND STIPULATED BRIEFING SCHEDULE**

Having reviewed the Parties' Joint Letter Request for Stipulated Briefing Schedule, it is hereby GRANTED.

1. The current deadlines for Plaintiffs to file their amended complaint and briefing schedule pursuant to that filing are vacated;

2. Plaintiffs will have until **June 9, 2022** to file their amended complaint;

3. Defendant will file its anticipated Motion to Dismiss by **August 15, 2022**;

4. Plaintiff will file their Opposition to the anticipated Motion to Dismiss by **September 29, 2022**;

5. Defendant will file its Reply in support of the Motion by **October 25, 2022**.

```
The Clerk of Court is directed to terminate the pending motion
at docket number 18.
```

 SO ORDERED.

                 *Katherine Polk Failla*
                 _____
                 Hon. Katherine Polk Failla
                 United States District Judge

Dated: May _9_, 2022
   New York, New York