UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX BERMUDEZ, KIMBERLY RICHARDSON, TERRI CORPREW, ROBERT SUMRELL, HECTOR GONZALEZ, HAROLD NYANJOM , and KELLIE NYANJOM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>Defendant. | Case No. 1:21-cv-10988-KPF<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

**ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**

Having reviewed the Parties' Joint Letter requesting the Court extend the Parties' stipulated briefing schedule, the Parties' stipulation is hereby GRANTED.

1. The current deadlines for the briefing schedule regarding Defendant's Motion to Dismiss are vacated;
2. Defendant will file its Motion to Dismiss by August 29, 2022;
3. Plaintiff will file their Opposition to the Motion to Dismiss by October 13, 2022;
4. Defendant will file its Reply in support of the Motion by November 8, 2022.

SO ORDERED.

_____
Hon. Katherine Polk Failla
United States District Judge

Dated: August 4, 2022
       New York, New York