**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FELIX BERMUDEZ, individually and on
behalf of all others similarly situated, et al.,

                                Plaintiffs,
            -against-                                        21 **CIVIL** 10988 (JLR)

                                                              **<u>JUDGMENT</u>**

COLGATE-PALMOLIVE COMPANY,

                                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, Defendants' motion to dismiss is GRANTED and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2023

                                                                  **RUBY J. KRAJICK**

                                                            _____
                                                                     **Clerk of Court**

                                   **BY:**      *K. Mango*

                                                           _____
                                                                     **Deputy Clerk**